IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MALLORY & EVANS CONTRACTORS AND ENGINEERS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:10-CV-26-WKW [WO] ) |
| TUSKEGEE UNIVERSITY, | ) ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is ORDERED that summary judgment is ENTERED in favor of Defendant Tuskegee University, and that Plaintiff Mallory & Evans Contractors and Engineers, LLC, takes nothing by its said suit.

It is further ORDERED that all costs herein incurred are TAXED against Plaintiff, for which let execution issue.

DONE this 10th day of December, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE